# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Intellisphere, LLC, et al.
                                Plaintiff,

v.                                                       Case No.: 1:09−cv−04100
                                                        Honorable Joan B. Gottschall

Intellisphere, LLC, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2014:

       MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's Motion for extension of time to file [249] is granted. Deadline for Plaintiff to file a memorandum of accounting of class action settlement extended to 5/21/2014. Motion hearing set for 5/14/2014 is stricken. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.